005160

Order entered December 4, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01479-CV

### MESQUITE INDEPENDENT SCHOOL DISTRICT, Appellant

V.

### TOMASA MENDOZA, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-09131-F**

## ORDER

The Court has before it appellant's November 28, 2012 unopposed motion for extension of time to file its brief. The Court **GRANTS** the motion and **ORDERS** appellant to file its brief by December 17, 2012.

MOLLY FRANCIS
JUSTICE